ALBERT BULKOWSKI, APPELLEE, V. CHARLES N. HERTERT, APPELLANT.

FILED NOVEMBER 10, 1931. No. 27901.

*P. F. O'Gara,* for appellant.

*Peterson & Barta, contra.*

Heard before ROSE, GOOD, DAY and PAINE, JJ., and BEGLEY, District Judge.

PER CURIAM.

This is an action in the nature of a creditors' bill by which plaintiff seeks to recover money alleged to have been transferred to defendant Charles N. Hertert by John Isbaner, the judgment debtor. The trial court found for plaintiff and defendant Charles N. Hertert has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.